# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH REDBIRD GARCIA, JR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 82588

**FILED**

APR 0 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Appellant filed a notice of appeal on February 12, 2021. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. To the extent that appellant's appeal is in regard to the judgment of conviction entered on November 4, 2020, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-09595

cc:    Hon. Egan K. Walker, District Judge
       Keith Redbird Garcia, Jr.
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk